IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT J. REGISTER and**                                  **PLAINTIFFS**
**CRYSTAL J. REGISTER**

**v.**                                  Civil No. 1:23cv147-HSO-BWR

**DESIGN 1 GROUP LLC,**
**CONNEXUS CREDIT UNION,**
**and SOLAR MOSAIC, LLC**                                  **DEFENDANTS**

### FINAL JUDGMENT

In accord with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of April, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE